# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2910

_____

Charles E. Knight,                              *
                                                *
            Appellant,                          *
                                                *
    v.                                          *
                                                * Appeal from the United States
Becker, Officer of the Benton County            * District Court for the
Jail, Bentonville, Arkansas; Lylies,            * Western District of Arkansas.
Officer of the Benton County Jail,              *
Bentonville, Arkansas; Hall, Officer of         * [UNPUBLISHED]
the Benton County Jail, Bentonville,            *
Arkansas,                                       *
                                                *
            Appellees.                          *

_____

Submitted:  December 28, 2006
     Filed:  January 11, 2007

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Former Arkansas prisoner Charles Knight appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action following a pretrial evidentiary hearing. Upon careful review of the record and the parties' submissions, see Choate v. Lockhart, 7 F.3d 1370, 1373 & n.1 (8th Cir. 1993) (reviewing district court's factual findings for clear error and its conclusions of law de novo), we agree with the district court that Knight failed to show that defendants denied him bed rest for racially discriminatory reasons, or that the force they used in escorting him to his cell was unreasonable. See McCleskey v. Kemp, 481 U.S. 279, 292 (1987) (equal protection); Andrews v. Neer, 253 F.3d 1052, 1060-61 (8th Cir. 2001) (excessive force).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly S. Jones, United States Magistrate Judge for the Western District of Arkansas.